IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Garfield

Printed: 01/22/09

Case Number: 08 B 25544
Judge: Wedoff, Eugene R
Filed: 9/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 120.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 112.08 |
| Trustee Fee: |  | 7.92 |
| Other Funds: |  | 0.00 |
| Totals: | 120.00 | 120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,544.00 | 112.08 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 281.11 | 0.00 |
| 3. | American Collection Corp | Unsecured |  | No Claim Filed |
| 4. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
| 5. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 8. | David DeAngelo Communications | Unsecured |  | No Claim Filed |
| 9. | Uic-Physicians Group | Unsecured |  | No Claim Filed |
| 10. | Illinois Tollway | Unsecured |  | No Claim Filed |
| 11. | Baron's Creditor Svc | Unsecured |  | No Claim Filed |
| 12. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 13. | Baron's Creditor Svc | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,825.11 | $ 112.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 7.92 |
|  | $ 7.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Green, Garfield | Case Number:  08 B 25544 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  9/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

          Marilyn O. Marshall, Trustee, by:

